**TOM PETRUS & MILLER, LLLC**

| | |
|---|---|
| RICHARD B. MILLER | 3729-0 |

Tel (808) 792-5855
rmiller@tpm-hawaii.com

| | |
|---|---|
| ASHLEY R. SHIBUYA | 10200-0 |

Telephone: (808) 792-5804
ashibuya@tpm-hawaii.com
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii  96813
Facsimile:  (808) 792-5809

Attorneys for Defendant
ASPEN AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, a Hawaiʻi Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, a Texas Corporation; CLIFFORD H.W. CHEN; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. _____<br>(Other Civil Action)<br><br>DEFENDANT ASPEN AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL; EXHIBITS 1-2; CERTIFICATE OF SERVICE |

# DEFENDANT ASPEN AMERICAN INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant Aspen American Insurance Company ("Aspen") hereby files this Notice of Removal for the removal of this action from the Circuit Court of the First Circuit for the State of Hawai'i (the "State Court") to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. This is a civil action over which this Court has original jurisdiction, and the matter is properly removed to this Court for these reasons:

1. On June 9, 2022, Plaintiff Martin Defense Group, LLC ("MDG") filed a Complaint in the State Court (the "Complaint") in the action captioned *Martin Defense Group, LLC v. Aspen American Insurance Company; Clifford H.W. Chen; Doe Defendants 1-100*, Case No. 1CCV-22-0000672 (hereinafter, the "State Action").

2. In the Complaint, MDG named Aspen and Clifford H.W. Chen ("Chen") as defendants.

3. MDG is a Hawai'i limited liability company whose members are citizens of the State of Hawai'i.

4. Aspen is a Texas corporation with its principal place of business in New Jersey.

5. Chen is a citizen of the State of Hawai'i.

6. The Complaint was served on Aspen on July 7, 2022. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint and Aspen's Answer in the State Action is attached hereto as "Exhibit 1."

7. On June 9, 2022, Chen filed a Motion to Dismiss the Complaint.

8. January 13, 2023, the State Court granted Chen's Motion to Dismiss (the "Order"). In accordance with 28 U.S.C. § 1446(a), a copy of the Order is attached hereto as "Exhibit 2."

9. The Order granted MDG leave to file an amended complaint within sixty days of the Order, or up to March 14, 2023. MDG did not file an amended complaint.

10. After Defendant Clifford H.W. Chen's dismissal, Aspen is the only defendant.

11. In the State Action, MDG asserts causes of action for negligence and bad faith and seeks a declaratory judgment against Aspen arising from Aspen's issuance of a Management Liability Package insurance policy to MDG (the "Policy"). Specifically, MDG seeks monetary damages and a declaration that Aspen has a duty to defend and/or indemnify MDG under the Policy in connection with the lawsuit captioned *Navatek Capital Inc. v. Martin Kao et al.*, Civil No. 1CCV-20-0001511, filed November 9, 2020, in the Circuit Court of the First Circuit for the State of Hawaii (the "Underlying Action") and in connection with a

3

resulting Demand for Arbitration (the "Underlying Arbitration"). MDG also seeks a declaration that Aspen is liable to MDG for all damages caused by its alleged negligence and bad faith. (Compl. ¶¶ 54, 59, 63.)

12. Because MDG and Aspen are citizens of different states, the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

13. In the Complaint, MDG seeks monetary damages, punitive damages, and reasonable attorneys' fees in an amount in excess of $75,000.00. (Compl. ¶ 47.)

14. This Notice of Removal is filed within thirty days of the action becoming removable, pursuant to 28 U.S.C. § 1446(b)(3). The Order dismissing Chen granted MDG sixty days from January 13, 2023 to file an amended complaint. MDG did not file an amended complaint within sixty days, or by March 14, 2023. Therefore, this action became removable on March 15, 2023.

15. This Notice of Removal is not filed more than one year after commencement of the State Action, pursuant to 28 U.S.C. § 1446(c)(1). The State Action was commenced on June 9, 2022.

16. A copy of the Notice of Removal will be sent to the Clerk of the Circuit Court of the First Circuit for the State of Hawai'i.

17. Accordingly, this action is hereby removed to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. § 1332.

WHEREFORE, Aspen prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, April 11, 2023.

                          /s/ Ashley R. Shibuya
                          RICHARD B. MILLER
                          ASHLEY R. SHIBUYA
                          Attorneys for Defendant
                          ASPEN AMERICAN INSURANCE COMPANY