<u>**Exhibit 2**</u>

**Electronically Filed
FIRST CIRCUIT
1CCV-22-0000672
13-JAN-2023
04:03 PM
Dkt. 117 ORDG**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAIʻI

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, a Hawaii Limited Liability Company,<br><br>       Plaintiff,<br><br>  vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, a Texas Corporation; CLIFFORD H. W. CHEN; DOE DEFENDANTS 1-100,<br><br>       Defendants. | Civil No.1CCV-22-0000672 (LWC)<br>(Other Civil Action)<br><br>ORDER GRANTING DEFENDANT CLIFFORD H. W. CHEN'S MOTION TO DISMISS COMPLAINT, FILED JUNE 9, 2022, FILED NOVEMBER 8, 2022 [DKT. 83] |

<u>ORDER GRANTING DEFENDANT CLIFFORD H. W. CHEN'S MOTION TO DISMISS</u>

The Court has reviewed and considered Defendant Clifford H. W. Chen's Motion to Dismiss Complaint, Filed June 9, 2022, filed November 8, 2022 [Dkt. 83] ("Motion to Dismiss"), related submissions [Dkt. Nos. 101, 106 and 108], and the arguments of counsel at the January 5, 2023 hearing. Being duly advised of the record and files herein, and good cause appearing therefor in light of the Court's decisions on (a) Defendant Aspen American Insurance Company's Partial Motion to Dismiss, filed

Exhibit 2

September 1, 2022 [Dkt. 31]; and (b) Plaintiff Martin Defense Group, LLC's Motion/Counter-Motion for Partial Summary Judgment Against Defendant Aspen American Insurance Company Re: Duty to Defend, filed October 5, 2022 [Dkt. 51], the Court grants the Motion.  The Court further grants leave to Plaintiff Martin Defense Group to file an amended complaint as Plaintiff deems appropriate within 60 days of this Order.

      DATED:  Honolulu, Hawaiʻi, January 13, 2023.

/s/ Lisa W. Cataldo 

_____
JUDGE OF THE ABOVE-ENTITLED COURT