IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, a Hawaiʻi Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, a Texas Corporation; CLIFFORD H.W. CHEN; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. _____<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant Aspen American Insurance Company's Notice of Removal was served upon counsel for the parties to this action via first-class United States mail, postage prepaid, and via e-mail this 11th day of April, 2023 as follows:

    Bruce H. Wakuzawa, Esq.
    Law Offices of Bruce H. Wakuzawa, ALC
    Dillingham Transportation Building
    735 Bishop Street, Suite 226
    Honolulu, HI 96813
    bruce@brucewakuzawa.com
        Attorney for Plaintiff
    MARTIN DEFENSE GROUP LLC

DATED: Honolulu, Hawaii, April 11, 2023.

          /s/ Ashley R. Shibuya
RICHARD B. MILLER
ASHLEY R. SHIBUYA
Attorneys for Defendant
ASPEN AMERICAN INSURANCE COMPANY